IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No. 2:07-cv-2252-KHV-DJW ) |
| GREENWICH METALS, INC., | ) ) ) |
| Defendant/Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| XSTRATA CANADA CORP., | ) ) |
| Third-Party Defendant. | ) |

## ENTRY OF APPEARANCE

Paul D. Seyferth with the law firm of Seyferth Blumenthal & Harris LLC enters his appearance as counsel of record for Defendant Xstrata Canada

Dated:  March 31, 2008                    XSTRATA CANADA CORP.

                                    BY:   /s/ Paul D. Seyferth
                                          One of Its Attorneys

                                          Paul D. Seyferth
                                          SEYFERTH BLUMENTHAL & HARRIS LLC
                                          300 Wyandotte – Ste. 430
                                          Kansas City, MO 64105
                                          816-756-0700
                                          816-756-3700
                                          paul@sbhlaw.com

>David C. Gustman*
>Tonita M. Helton*
>FREEBORN & PETERS LLP
>311 S. Wacker Drive, Suite 3000
>Chicago, IL 60606
>(312) 360-6000
>
>*Motion for Admission *Pro Hac Vice* Pending
>
>*Counsel for Xstrata Canada Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, the foregoing was served via electronic mail and United States first class mail, postage pre-paid, to:

Brian P. Baggott, Esq.
Lori R. Schultz, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

*Attorneys for Plaintiffs*

Jeff Heinrichs, Esq.
Richard E. McLeod, Esq.
McLeod & Heinrichs
1100 Main Street, Suite 2900
Kansas City, MO 64105

*Attorneys for Defendants Greenwich Metals, Inc.*

>/s/ Paul D. Seyferth
>Paul D. Seyferth